UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JPMORGAN CHASE BANK N.A.,

                Plaintiff(s),

-v-                                              No. 09 Civ. 2152 (LTS)

AMERICAN CAPITAL LTD.,

                Defendant(s).
-----------------------------------------------------------X

LAURA TAYLOR SWAIN, DISTRICT JUDGE

## ORDER

The Initial Pretrial Conference scheduled for June 8, 2009, is rescheduled for July 1, 2009, at 10:00 a.m. in Courtroom 11C.

Dated: New York, New York
         May 22, 2009

                                                             LAURA TAYLOR SWAIN
                                                             United States District Judge